# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**940**

**CA 11-00537**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, LINDLEY, AND SCONIERS, JJ.

---

AMY G. GIACOMETTI, PLAINTIFF-RESPONDENT,

V                                                              ORDER

SHANNON M. DOYLE, DEFENDANT-APPELLANT.
(ACTION NO. 1.)
------------------------------------------------
SHANNON M. DOYLE, PLAINTIFF,

V

AMY G. GIACOMETTI, DEFENDANT.
(ACTION NO. 2.)
------------------------------------------------
MARLE M. FIOCCO, PLAINTIFF-RESPONDENT,

V

SHANNON M. DOYLE, DEFENDANT-APPELLANT,
AMY G. GIACOMETTI, DEFENDANT-RESPONDENT,
VEHICLE ASSET UNIVERSAL LEASING TRUST, ET AL.,
DEFENDANTS.
(ACTION NO. 3.)

---

SUGARMAN LAW FIRM, LLP, SYRACUSE (AMY M. VANDERLYKE OF COUNSEL), FOR DEFENDANT-APPELLANT.

BOUVIER PARTNERSHIP, LLP, BUFFALO (JOHN D. DEPAOLO OF COUNSEL), FOR DEFENDANT-RESPONDENT AMY G. GIACOMETTI.

LAW OFFICE OF JOHN J. DELMONTE, NIAGARA FALLS (JOHN J. DELMONTE OF COUNSEL), FOR PLAINTIFF-RESPONDENT AMY G. GIACOMETTI.

LAW OFFICE OF JOHN J. FROMEN, ESQ., BUFFALO (JOHN J. FROMEN OF COUNSEL), MAGAVERN MAGAVERN GRIMM LLP, FOR PLAINTIFF-RESPONDENT MARLE M. FIOCCO.

---

Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered November 18, 2010 in a personal injury action. The order, insofar as appealed from, denied the motion of defendant Shannon M. Doyle for bifurcation.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on July 29, August 1, 2 and 4,

2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  September 30, 2011                Patricia L. Morgan
                                            Clerk of the Court